**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LUZ MARINA LEMUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 23-cv-00113 |
| v. | ) |
| | ) Honorable Judge Charles Eskridge |
| GIANT SALES, LLC, and | ) |
| NAUSHIR MERCHANT, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Luz Marina Lemus ("Plaintiff") and Defendant, Giant Sales, LLC ("Defendant") respectfully provide notice to the Court that the Parties have reached a settlement in principle and intend to submit the dismissal documents within sixty (60) days.

s/   James M. Dore

**Justicia Laboral LLC**
James M. Dore (TX Bar # 24128272)
*Attorney for Plaintiff*
6232 N. Pulaski Road, Suite 300
Chicago, IL 60646
P: 773-415-4898
E: jdore@justicialaboral.com


/s/   Peter Costea

**Peter Costea**
**TBN 04855900**
*Attorney for Defendant*
4544 Post Oak Place, Suite 350
Houston, Texas 77027
P: 713-337-4304
E: Peter@Costealaw.com