United States District Court
Southern District of Texas
**ENTERED**
August 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUZ MARINA LEMUS, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-00113 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| GIANT SALES LLC and | § | |
| NAUSHIR MERCHANT, | § | |
| Defendants. | § | |

## ORDER

Plaintiff Luz Mariana Lemus and Defendant Giant Sales LLC have provided notice of settlement. Dkt 11. Defendant Naushir Merchant has not answered.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on July 31, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge